UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>BEULAH JEANNE SNOW,<br><br>          Debtor.<br>_____<br><br>ROBERT D. STEINBERG, in his capacity as trustee of the bankruptcy estate of BEULAH JEANNE SNOW,<br><br>          Plaintiff/Appellee,<br><br>      v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>          Defendant/Appellant. | CASE NO.  C04-0462RSM<br>  Bankruptcy Case No. 02-21073<br>  Adversary No.  A03-01207<br><br><br>ORDER REMANDING TO<br>BANKRUPTCY COURT |

     On August 25, 2006, the United States Court of Appeals reversed this Court's Order granting appellant's appeal, finding that Chris Snow held title to the property in question at the time he received a loan from appellant, and remanding the matter back to the U.S. Bankruptcy Court.  In its Order reversing this Court, the Court of Appeals included instructions "to remand to the bankruptcy court for reinstatement of its grant of summary judgment in favor of the trustee."  Appellant subsequently asked for rehearing in the Court of Appeals, but that request was denied. (Dkt. #30).  The Court of Appeals' mandate has since issued.  (Dkt. #31).

ORDER
PAGE - 1

Accordingly, the Court hereby ORDERS:

(1) This action is REMANDED to the United States Bankruptcy Court for the Western District of Washington for reinstatement of its grant of summary judgment in favor of the trustee.

(2) The Clerk SHALL close this action and send a certified copy of this Order to the Clerk of Court for the United States Bankruptcy Court for the Western District of Washington. The Clerk shall also send uncertified copies of this Order to all counsel of record.

DATED this 19th day of July, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2